371 A.2d 222
Commonwealth v. Cardwell, Appellant.

Submitted June 14, 1976.   Charlotte A. Nichols, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 222
Commonwealth v. Cedeno, Appellant.

Argued March 18, 1976.   E. Yvonne Grear, for appellant;  John DiDonato, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.